# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| MCDONALD'S CORPORATION d/b/a DELAWARE MCDONALD'S CORP., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 6:25-cv-03241-MDH |
| FARRIS BROTHERS INVESTMENT COMPANY, et al., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Defendants' Motion to Strike Claims for Punitive Damages. (Doc. 26). Defendants move to strike claims for punitive damages in the prayer for relief of Plaintiff's complaint arguing that Section 510.261, RSMo., prohibits initial civil pleadings seeking punitive damages.

Plaintiff has filed suggestions in opposition stating the Motion should be denied because federal courts in Missouri, including this Court, have uniformly held that § 510.261.5 does not apply to pleadings in federal court. The Court agrees.

Courts in this District, including this Court, have uniformly adopted this reasoning and denied requests to strike or dismiss prayers for punitive damages based on Mo. Rev. Stat. § 510.261.5. In *Hogquist v. PACCAR*, Inc., No. 3:21-CV-05013-MDH, 2021 WL 6050932 (W.D. Mo. Dec. 21, 2021) (Harpool, J.), this Court denied defendant's motion to strike the plaintiff's request for punitive damages, explaining:

> …[T]he Western and Eastern District federal courts in Missouri have addressed whether Mo. Rev. Stat. § 510.261 prohibits pleading punitive damages in an initial complaint in federal court. Both Districts agree that § 510.261 is a procedural pleading rule that is not applicable to federal courts exercising diversity

jurisdiction. See *Rardon v. Falcon Safety Prod.*, Inc., No. 20-6165-CV-SJ-BP, 2021 WL 2008923, at *13 (W.D. Mo. May 4, 2021) ("[S]tate pleading rules do not apply in federal court, and federal pleading rules do not prohibit a plaintiff from seeking punitive damages in his Complaint"). . . .

*Id.* at *3.

Plaintiff also cites *Kennemore v. Circle of Hope Girls Ranch & Boarding* Sch., No. 6:22-CV-03291-MDH, 2023 WL 6448847, at *1 (W.D. Mo. Oct. 3, 2023) (Harpool, J.) (denying motion for order striking or dismissing prayer for punitive damages on the basis that "federal courts are not bound by Missouri state-level pleading rules"); and *Clubbs v. The Barnabas Foundation*, No. 6:23-cv-03179-MDH (W.D. Mo. Oct. 4, 2023) (Harpool, J.) in support of denial of the motion.

After reviewing the record before the Court, and for the reasons set forth in Plaintiff's opposition, the Court **DENIES** the motion to strike claims for punitive damages. The Court makes no ruling on whether Plaintiff may ultimately prevail on any such claim, or whether a claim for punitive damages will ultimately be submitted to a jury.

**IT IS SO ORDERED.**

Dated: April 9, 2026

     */s/ Douglas Harpool*
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**